UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | **UNSEALING ORDER** |
| v. | S1 24 Cr. 252 (VEC) |
| MALIK TYSON,<br>    a/k/a "Tenny," and | |
| DAMIAN DIAZ,<br>    a/k/a "Damion Diaz,"<br>    a/k/a "Daim,"<br>    a/k/a "KK," | |
| Defendants. | |

Upon the application of the United States, by the United States Attorney for the Southern District of New York, Damian Williams, by Assistant United States Attorney Georgia Kostopoulos;

It is found that the S1 Indictment in the above-captioned case is currently sealed and the United States Attorney's Office has applied to have that Indictment unsealed, and it is therefore:

ORDERED that the S1 Indictment in the above-captioned action be unsealed and remain unsealed pending further order of the Court.

Dated:      New York, New York
            September 30, 2024

_____
HONORABLE VALERIE E. CAPRONI
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK