UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
    UNITED STATES OF AMERICA,

                -against-                           24-CR-252 (VEC)

    MALIK TYSON and DAMIAN DIAZ,                ORDER

                             Defendants.
-------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

       WHEREAS on October 16, 2024, the Defendants appeared before the Court to be arraigned on the Superseding Indictment and Mr. Diaz appeared for a bail hearing;

       WHEREAS both Defendants pled not guilty to the charges in the Superseding Indictment; and

       WHEREAS Mr. Diaz withdrew his motion for release (Dkt. 37).

       IT IS HEREBY ORDERED that pretrial motions must be filed not later than **Friday, December 13, 2024**. Responses must be filed not later than **Friday, January 10, 2025**, and replies must be filed not later than **Friday, January 17, 2025**.

       IT IS FURTHER ORDERED that motions in limine must be filed not later than **Friday, January 24, 2025**. Responses must be filed not later than **Friday, January 31, 2025**.

       IT IS FURTHER ORDERED that requests to charge and voir dire questions must be filed not later than **Friday, January 31, 2025**.

       IT IS FURTHER ORDERED that the final pretrial conference will be held on **Thursday, February 13, 2025, at 2:30 P.M.** in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007.

IT IS FURTHER ORDERED that jury selection and trial will begin on **Monday, February 24, 2025, at 10:00 A.M.** in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007.

IT IS FURTHER ORDERED that time is hereby excluded until **February 24, 2025**, under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), as the ends of justice served by taking such action outweigh the best interest of the public and the Defendants in a speedy trial given the need to provide Mr. Tyson and Mr. Diaz time to review the discovery in the case and to prepare their defenses.

IT IS FURTHER ORDERED that Mr. Diaz's motion for release on bail is DENIED as moot. The Clerk of the Court is respectfully directed to close the open motion at Dkt. 37.

**SO ORDERED.**

Date: October 17, 2024
New York, NY

_____
**VALERIE CAPRONI**
**United States District Judge**