UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
                                                        :

UNITED STATES OF AMERICA,         :

                -against-               :         24-CR-252 (VEC)

DAMIAN DIAZ,                       :         <u>ORDER</u>

                        Defendant.    :

------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

    WHEREAS on March 20, 2025, the parties appeared for a conference.

    IT IS HEREBY ORDERED that Mr. Diaz's trial is ADJOURNED to **Monday, April 28, 2025, at 9:30 A.M.** in Courtroom 20C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York, 10007. This date will not be further adjourned.

    IT IS FURTHER ORDERED that motions *in limine* must be filed not later than **Friday, April 4, 2025**. Responses must be filed not later than **Friday, April 18, 2025**.

    IT IS FURTHER ORDERED that requests to charge and proposed voir dire questions must be filed not later than **Friday, April 18, 2025**.

    IT IS FURTHER ORDERED that the parties must appear for the final pretrial conference on **Thursday, April 24, 2025, at 10:30 A.M.** in Courtroom 20C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York, 10007.

    IT IS FURTHER ORDERED that time is hereby excluded until **Monday, April 28, 2025**, under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), as the ends of justice served by taking such action outweigh the best interest of the public and the Defendant in a speedy trial

given the need to provide Mr. Diaz time to pursue plea negotiations and, if necessary, prepare a defense.

**SO ORDERED.**

Date:  March 20, 2025
      New York, NY

                           **VALERIE CAPRONI**
                           **United States District Judge**