UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
UNITED STATES OF AMERICA,

                -against-                              24-CR-252 (VEC)

DAMIAN DIAZ,                                          <u>ORDER</u>

                         Defendant.
-----------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

WHEREAS on April 4, 2025, the parties appeared for a conference at which Mr. Diaz pled guilty to Counts One, Two, and Four of the Superseding Indictment, and the Court accepted his plea.

IT IS HEREBY ORDERED that Mr. Diaz will be sentenced on **Wednesday, July 16, 2025, at 2:00 P.M.** in Courtroom 20C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York, 10007.  Pre-sentencing submissions are due **Wednesday, July 2, 2025**.  All other conferences and deadlines in this case are CANCELED.

**SO ORDERED.**

Date: **April 4, 2025**
       **New York, NY**                                                   **VALERIE CAPRONI**
                                                            **United States District Judge**