**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/14/2025

**THOMAS F.X. DUNN**
**ATTORNEY AT LAW**
20 Vesey Street
Suite 400
New York, New York 10007
Tel: 212-941-9940
Thomasdunnlaw@aol.com

By ECF                                                                 April 11, 2025

Honorable Valerie E. Caproni
United States District Judge
United States District Court
500 Pearl Street
New York, N.Y. 10007

    Re: United States v. Diaz,
        24 Cr. 252 (VEC)

Dear Judge Caproni:

    I represent Damian Diaz pursuant to the Criminal Justice Act in the above captioned case. I received this assignment on September 25, 2024. I write to request permission to file an interim voucher in this case.

    The discovery is significant and extensive. Numerous meetings took place at the MDC with my client to review discovery, discuss the guidelines and decisions pertaining to plea negotiations and in the alternative a possible trial were discussed.

    I make this request based on the hours expended to date.

    Thank you for your consideration of this request.

Respectfully yours,
/s/
Thomas F.X. Dunn

Application DENIED. Mr. Diaz has pled guilty; all that remains is sentencing. Accordingly, the Court sees no reason why it is necessary for Mr. Dunn to file an interim voucher.

SO ORDERED.

*[signature]*
4/14/2025

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE