**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/25/2025

**THOMAS F.X. DUNN**
**ATTORNEY AT LAW**
**20 Vesey Street**
**Suite 400**
**New York, New York 10007**
**Tel: 212-941-9940**
**Thomasdunnlaw@aol.com**

**By ECF**                                                    September 24, 2025

Honorable Valerie E. Caproni
United States District Judge
United States District Court
500 Pearl Street
New York, N.Y. 10007

      Re: <u>United States v. Diaz</u>,
          24 Cr. 252 (VEC)

Dear Judge Caproni:

My sentencing submission is due tomorrow, September 25th. I request permission to file my submission on Saturday, September 27th, while maintaining the sentence date of October 9th.

Assistant U.S. Attorney Rita Maxwell advised that the government takes no position on this application. AUSA Maxwell does request that if this two day extension is granted that the government be granted a two day extension.

Thank you for your consideration of this request.

                             Respectfully yours,
                              /s/
                             Thomas F.X. Dunn

Rita Maxwell, Esq.
Assistant U.S. Attorney
(By ECF & Email)

Application GRANTED.  The deadline for the parties to file sentencing submissions is ADJOURNED to **Saturday, September 27, 2025**.


SO ORDERED.

9/25/2025

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE