**MEMO ENDORSED**

**THOMAS F. X. DUNN
ATTORNEY AT LAW
20 Vesey Street
Suite 400
New York, New York 10007
Tel: 212-941-9940
Thomasdunnlaw@aol.com**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/7/2025
```

October 6, 2025

**By ECF**

Honorable Valiere Caproni
United States District Judge
United States District Court
40 Foley Square
New York, N.Y. 10007

    *United States v. David Diaz*
        24 Cr. 252 (VEC)

Dear Judge Caproni:

    I represent David Diaz in the above captioned case. The sentence of Mr. Diaz is scheduled for Thursday October 9th at 10:00 A.M. I write to request that the time of the sentence be change to take place anytime between noon and 5:00 P.M. I make this request because of a personal matter.

    Assistant U.S. Attorney Rita Maxwell has no objection to this request.

    Thank you for your consideration of this request.

                          Respectfully yours.
                          /s/
                        Thomas F.X. Dunn

Cc: Rita Maxwell, Esq.
    Assistant U.S. Attorney
    (By ECF & email)

---

Mr. Diaz's sentencing is ADJOURNED to **Thursday, October 9, 2025, at 2:30 P.M.** in Courtroom 20C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York, 10007

SO ORDERED.

*[signature: Valerie Caproni]*
10/7/2025

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE